UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GABRIELLE HOLLOWAY, <br><br> Plaintiff, <br><br> vs. <br><br> L J ROSS ASSOCIATES, INC., <br><br> Defendant. | 2:22-CV-10901-TGB <br><br> ORDER OF DISMISSAL <br><br> HONORABLE <br> TERRENCE G. BERG |

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: June 29, 2022